# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Wallace Ford Jr.<br>        Debtor(s) | CHAPTER 13 |
| **Nissan Motor Acceptance Corporation**<br>        Movant | |
| vs. | NO. 20-01668 HWV |
| **Wallace Ford Jr.**<br>        Respondent(s) | |
| **Charles J. DeHart, III Esq.**<br>        Trustee | |

## ORDER

Upon consideration of the Objection to Confirmation of the Chapter 13 Plan filed by Nissan Motor Acceptance Corporation, it is **Ordered** and **Decreed** that confirmation is **denied**.