UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Wallace Ford Jr.<br>     **Debtor(s)**<br><br>**Nissan Motor Acceptance Corporation**<br>     **Movant**<br>  vs.<br><br>**Wallace Ford Jr.**<br>     **Respondent(s)** | CHAPTER 13<br>BK. NO. 20-01668 HWV |

**CERTIFICATION OF SERVICE**

I, the undersigned, hereby certify that the foregoing Objection to Confirmation was served by first class mail, postage pre-paid, upon the parties listed below on **June 30, 2020**.

Charles J. DeHart, III Esq.
8125 Adams Drive, Suite A (VIA ECF)
Hummelstown, PA 17036

Thomas E. Miller Esq.
249 York Street
Hanover, PA 17331

Wallace Ford Jr.
414 Ridge Avenue
McSherrystown, PA 17344

Date: June 30, 2020

                By: **/s/ James C. Warmbrodt, Esquire**
                  James C. Warmbrodt, Esquire
                  KML Law Group, P.C.
                  BNY Mellon Independence Center
                  701 Market Street, Suite 5000
                  Philadelphia, PA  19106
                  412-430-3594
                  Attorney for Movant/Applicant