In re:                                                          Case No. 20-01668-HWV
Wallace Ford, Jr.                                               Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: AutoDocke        Page 1 of 1              Date Rcvd: Jul 14, 2020
                             Form ID: ntcnfhrg       Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 16, 2020.
```
db           +Wallace Ford, Jr.,   414 Ridge Avenue,   McSherrystown, PA 17344-1508
5334094      +ACNB Bank,    P.O. Box 3129,   Gettysburg, PA 17325-0129
5331259      +Adams County National Bank,    P.O. Box 3129,   Gettysburg, PA 17325-0129
5331260     ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court: Bank of America,    P.O. Box 15019,   Wilmington, DE 19886-5019)
5331262       Best Buy Credit Services,   P.O. Box 78009,   Phoenix, AZ 85062-8009
5331263       Home Depot Credit Services,   P.O. Box 9001010,   Louisville, KY 40290-1010
5331264       Kubota Credit Corporation, U.S.A,   P.O. Box 0559,   Carol Stream, IL 60132-0559
5331266      +Members 1st F.C.U.,    5000 Louise Drive,   P.O. Box 2104,   Mechanicsburg, PA 17055-2104
5338340      +Nissan Motor Acceptance Corporation,   PO Box 9013,   Addison, Texas 75001-9013
5331267       Penn Mar Anesthesia, LLC,   PO Box 931,   Harpers Ferry, WV 25425-0931
5331268      +People's Bank,   P.O. Box 3623,   York, PA 17402-0136
5331269       People's Bank/Cardmember Service,   P.O. Box 790408,   Saint Louis, MO 63179-0408
5331270       PeoplesBank,   P.O. Box 2887,   York, PA 17405-2887
5331271       Synchrony Bank / Levins Wolfs Furni,   P.O. Box 960061,   Orlando, FL 32896-0061
5341091       U.S. Bank NA dba Elan Financial Services,   Bankruptcy Department,   PO Box 108,
              Saint Louis MO 63166-0108
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 14 2020 20:29:55
              PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5331261       E-mail/Text: bankruptcy@bbandt.com Jul 14 2020 20:20:35    BB&T,    P.O. Box 580435,
              Charlotte, NC 28258-0435
5335533      +E-mail/Text: bankruptcy@bbandt.com Jul 14 2020 20:20:36    BB&T Now Truist,   PO Box 1847,
              Wilson, NC 27894-1847
5331265      +E-mail/PDF: gecsedi@recoverycorp.com Jul 14 2020 20:29:24    Lowe's/Synchrony Bank,
              P.O. Box 530914,   Atlanta, GA 30353-0914
5331814      +E-mail/PDF: gecsedi@recoverycorp.com Jul 14 2020 20:29:23    Synchrony Bank,
              c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5331272       E-mail/PDF: gecsedi@recoverycorp.com Jul 14 2020 20:29:23    Synchrony Bank/SR,
              P.O. Box 530916,   Atlanta, GA 30353-0916
                                                                                         TOTAL: 6
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +ACNB Bank,    P.O. Box 3129,   Gettysburg, PA 17325-0129
                                                                      TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.R.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2020                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 14, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
              Craig S. Sharnetzka   on behalf of Creditor   ACNB Bank csharnetzka@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.
               com;r48835@notify.bestcase.com
              James Warmbrodt   on behalf of Creditor   Nissan Motor Acceptance Corporation
               bkgroup@kmllawgroup.com
              Thomas E. Miller   on behalf of Debtor 1 Wallace  Ford, Jr. staff@tommillerlawoffice.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                            TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Wallace Ford Jr.,

      **Debtor 1**

Chapter        13

Case No.      1:20–bk–01668–HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**August 19, 2020** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: August 26, 2020<br><br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ToniaWilson, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: July 14, 2020 |

ntcnfhrg (03/18)