United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Wallace Ford, Jr.  
    Debtor

Case No. 20-01668-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2  
Date Rcvd: Jun 15, 2022     Form ID: ordsmiss     Total Noticed: 24

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wallace Ford, Jr., 414 Ridge Avenue, McSherrystown, PA 17344-1508 |
| 5334094 | + | ACNB Bank, P.O. Box 3129, Gettysburg, PA 17325-0129 |
| 5331259 | + | Adams County National Bank, P.O. Box 3129, Gettysburg, PA 17325-0129 |
| 5331264 | | Kubota Credit Corporation, U.S.A, P.O. Box 0559, Carol Stream, IL 60132-0559 |
| 5331266 | #+ | Members 1st F.C.U., 5000 Louise Drive, P.O. Box 2104, Mechanicsburg, PA 17055-2104 |
| 5331267 | | Penn Mar Anesthesia, LLC, PO Box 931, Harpers Ferry, WV 25425-0931 |
| 5331268 | + | People's Bank, P.O. Box 3623, York, PA 17402-0136 |
| 5331269 | | People's Bank/Cardmember Service, P.O. Box 790408, Saint Louis, MO 63179-0408 |
| 5331270 | # | PeoplesBank, P.O. Box 2887, York, PA 17405-2887 |
| 5349598 | + | PeoplesBank, A Codorus Valley Company, 105 Leaders Hrights Road, York, PA 17403-5137 |
| 5331271 | | Synchrony Bank / Levins Wolfs Furni, P.O. Box 960061, Orlando, FL 32896-0061 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Jun 15 2022 22:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5331260 | | EDI: BANKAMER.COM | Jun 15 2022 22:43:00 | Bank of America, P.O. Box 15019, Wilmington, DE 19886-5019 |
| 5331261 | | Email/Text: bankruptcy@bbandt.com | Jun 15 2022 18:39:00 | BB&T, P.O. Box 580435, Charlotte, NC 28258-0435 |
| 5335533 | + | Email/Text: bankruptcy@bbandt.com | Jun 15 2022 18:39:00 | BB&T Now Truist, PO Box 1847, Wilson, NC 27894-1847 |
| 5344309 | + | EDI: BANKAMER2.COM | Jun 15 2022 22:43:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5331262 | | EDI: CITICORP.COM | Jun 15 2022 22:43:00 | Best Buy Credit Services, P.O. Box 78009, Phoenix, AZ 85062-8009 |
| 5331263 | | EDI: CITICORP.COM | Jun 15 2022 22:43:00 | Home Depot Credit Services, P.O. Box 9001010, Louisville, KY 40290-1010 |
| 5331265 | | EDI: RMSC.COM | Jun 15 2022 22:43:00 | Lowe's/Synchrony Bank, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 5338340 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jun 15 2022 18:39:00 | Nissan Motor Acceptance Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5347373 | | EDI: PRA.COM | Jun 15 2022 22:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5331814 | + | EDI: RMSC.COM | Jun 15 2022 22:43:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

| | | | | |
|---|---|---|---|---|
| 5331272 | EDI: RMSC.COM | | Jun 15 2022 22:43:00 | Synchrony Bank/SR, P.O. Box 530916, Atlanta, GA 30353-0916 |
| 5341091 | EDI: USBANKARS.COM | | Jun 15 2022 22:43:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | ACNB Bank, P.O. Box 3129, Gettysburg, PA 17325-0129 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Craig S. Sharnetzka | on behalf of Creditor ACNB Bank csharnetzka@cgalaw.com tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;r48835@notify.bestcase.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Nissan Motor Acceptance Corporation bkgroup@kmllawgroup.com |
| Thomas E. Miller | on behalf of Debtor 1 Wallace Ford Jr. staff@tommillerlawoffice.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Wallace Ford Jr.,             Chapter     13

**Debtor 1**

Case No.     1:20−bk−01668−HWV

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: June 15, 2022

ordsmiss (05/18)